RECEIVED
SEP 2 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RADIAH JEAN FOREMAN | CIVIL ACTION NO. 13-CV-780 |
| VERSUS | JUDGE DOHERTY |
| OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

These matters were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, Defendant's Motion for Partial Dismissal Pursuant to Rule 12(b)(6)[Rec. Doc. 6] is GRANTED, and the Louisiana state law claims of the plaintiff against the defendant are DISMISSED, with prejudice, leaving for trial Plaintiff's claims brought under provisions of Title VII of the Civil Rights Act of 1964.

Signed this 24 day of Sept., 2013.

_____
Rebecca F. Doherty
United States District Judge